No. 35, Misc. WHITE *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Mo-

tion for leave to file petition for writ of habeas corpus also denied.